**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALINA ELENA SANCHEZ-GILLY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-139-J |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition. Respondents shall provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) or otherwise release Petitioner within seven days of this Order's date. Respondents shall certify compliance within ten business days of this Order's date.

IT IS SO ORDERED this 10th day of March, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE